■ BEEKMAN FAMILY ASSOCIATION, Appellant, v TOWN OF OYSTER BAY, Respondent. [643 NYS2d 1023]

Contrary to the plaintiff's contention, the trial court's conclusion that the defendant did not breach the condition subsequent contained in the deed in question was based upon a fair interpretation of the evidence and was, therefore, not against the weight of the evidence *(see, Greenberg v Behlen,* 220 AD2d 720; *Nicastro v Park,* 113 AD2d 129). Miller, J. P., Pizzuto, Santucci and McGinity, JJ., concur.